```
JODI H. LINKER
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:  (408) 291-7399
Email:      Varell_Fuller@fd.org

Counsel for Defendant SUN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUIJUN SUN,<br><br>　　　　Defendant. | Case No. CR 24-00197 PCP (VKD)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE DETENTION<br>HEARING AND *NEBBIA* HEARING |

**STIPULATION**

The parties, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the hearing on the government's motions for detention and the *Nebbia* hearing, both of which are currently set for May 9, 2024, be continued to May 31, 2024, at 1:30 p.m. The reason for the requested continuance is defense counsel needs additional time to conduct further investigation and to prepare. Specifically, the defense needs additional time to translate jail calls produced on April 29, 2004, which are in addition to the previously produced calls. Additionally, the defense requires additional time to interview witnesses and review

STIPULATION AND [PROPOSED] ORDER;
CR 24-00197 PCP (VKD)

documents located in the People's Republic of China. Accordingly, the parties stipulate and agree that detention and Nebbia hearings may be continued to May 31, 2024, at 1:30.

IT IS SO STIPULATED.

Dated:  April 30, 2024
/s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated:  April 30, 2024
/s/
WENDY M. GARBERS
Assistant United States Attorney
CHRISTINE CHEN
Special Assistant United States Attorney

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing on the government's detention motion and the *Nebbia* hearing currently set for Thursday, May 9, 2024, shall be continued to Friday, May 31, 2024, at 1:30 p.m.

It is further ORDERED that the defense shall file any opposition to the government's motion for a *Nebbia* hearing and the government's motion for detention on or before May 23, 2024, and the government shall file any reply on or before May 29, 2024.

Dated:  April 30, 2024       , 2024

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER;
CR 24-00197 PCP (VKD)